

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00821-CV

**IN THE INTEREST OF N.E.B., A.T.G, AND N.V.G., CHILDREN**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00200
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the November 29, 2017 order terminating Appellant Dad's parental rights, Appellant's brief was due to be filed with this court on January 9, 2018. *See* TEX. R. APP. P. 38.6(a). Three days later, Appellant Dad filed a motion for a twenty-day extension of time to file Appellant's brief until January 29, 2018.

Appellant's motion is GRANTED. Appellant Dad's brief is due on January 29, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court